## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HILLCREST BANK ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-2387-JAR-DJW |
| ) | |
| CRAIG J. MILLARD, et al., ) | |
| ) | |
|       Defendants. ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff Hillcrest Bank, by and through its undersigned counsel, and for its response to the Court's December 22, 2010 Order to Show Cause (Doc. 16), respectfully states as follows:

1. All parties recently filed their Joint Motion to Stay Proceedings Pending the Outcome of an Agreed Order Entered in a Companion Bankruptcy Action (Doc. 17) ("Joint Motion"), which is incorporated by reference.

2. As discussed in the parties' Joint Motion, and after extensive negotiation between all parties involved in this action and a companion bankruptcy action, Hillcrest and the bankruptcy Debtors submitted an Agreed Order that is believed by all parties to be a significant step forward in potentially resolving all claims in both actions. *Id.* at ¶ 5.

3. Plaintiff remains interested in pursuing the claims originally brought in this action. However, and in the interest of exploring a meaningful opportunity to resolve all claims in both actions, Plaintiff agreed to the "Marketing Process" discussed in the Joint Motion.

4. Prior to the parties filing their Joint Motion, Plaintiff also secured several representations from Mr. Castor in which Mr. Castor acknowledged that he was properly served with

this lawsuit, that he is aware of his failure to timely respond, and that he does not dispute that he remains in default.

5. Plaintiff also secured Mr. Castor's acknowledgment and agreement that he will enter into a consent judgment if the parties are unable to reach a global resolution of all issues in this case by the time one or more of the events specified in ¶ 12 of the parties' Joint Motion occurs.

6. All parties have a vested interest in undertaking the "Marketing Process" discussed in the Agreed Order in good faith, and in seeking a potential resolution of both cases.

7. Plaintiff relies on its willingness to engage in the "Marketing Process" discussed in the Agreed Order, and the pending Joint Motion, in the support of Plaintiff's good cause in temporarily suspending efforts to prosecute this case against Defendant Castor.

WHEREFORE, for the aforementioned reasons, and for the additional reasons discussed in the parties' Joint Motion, Plaintiff respectfully prays for the relief requested in the parties' Joint Motion, and this Court's Order finding that Plaintiff has established good cause for purposes of satisfying the Court's December 22, 2010 Order based on the above. Alternatively, and if the Court is not inclined to enter the relief requested in the parties' Joint Motion, Plaintiff respectfully requests additional time in which to respond to the Court's Order to Show Cause.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

/s/ Chad C. Beaver
Chad C. Beaver           KS #21280
Loyd Gattis              KS #23510
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
(816) 474-8100
(816) 474-3216 (facsimile)
cbeaver@spencerfane.com
lgattis@spencerfane.com
*Attorneys for plaintiff Hillcrest Bank*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was filed with the Court pursuant to the CM/ECF system on this 7th day of January 2011, and was served via the Court's CM/ECF system to:

Terrence J. Campbell
Barber Emerson, LC
1211 Massachusetts Street
P. O. Box 667
Lawrence, KS  66044
tcampbell@barberemerson.com


And via U.S. Mail and e-mail to:

Charles L. Castor, Jr.
P. O. Box 366
Port Aransas, TX  78373
charlescastor@hotmail.com

            /s/ Chad C. Beaver_____
            Attorney for Plaintiff